UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.                                                Case No.: 3:24-cv-48-WWB-SJH

ADELA POWERS, FLORIDA HOUSING
FINANCE CORPORATION, HUNTERS
TRACE HOMEOWNERS, INC. and
UNKNOWN PARTY #1 - #4,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Remand (Doc. 14). United States Magistrate Judge Joel B. Toomey issued a Report and Recommendation (Doc. 19), in which he recommends that the Motion be granted, and the case be remanded. Magistrate Judge Toomey further recommends that counsel for non-party Hunters Trace Homeowners Association 2, LLC, Eric A. Morgan, be ordered to show cause why sanctions should not be imposed.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Importantly, having reviewed attorney Morgan's history of questionable conduct in removing cases to this Court and being fully advised in the facts of this case, the Court agrees that an order to show cause is warranted.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. 14) is **GRANTED** and this case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida, Case Number 2023 CA 000934.

3. Attorney Eric A. Morgan is ordered to **SHOW CAUSE** on or before **August 2, 2024**, why sanctions should not be imposed pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1297, and this Court's inherent authority for his improper removal and false statements. Failure to timely file a response that fully addresses the legal basis for his actions and statements will result in the imposition of sanctions without further notice.

4. The Court retains jurisdiction over the question of sanctions only. The Clerk is directed to close this case.

**DONE AND ORDERED** in Jacksonville, Florida on July 19, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the Court of the Fourth Judicial Circuit in and for Clay County, Florida